UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PABLO LOPEZ RODRIGUEZ, *individually
and on behalf of all others similarly situated,*

                            Plaintiff,                    **SCHEDULING ORDER**

          -against-                               23 Civ. 3545 (NSR) (AEK)

TRISTATE LINEN, INC., *et al.*,

                            Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The undersigned conducted a telephonic status conference on March 12, 2024, at which Defendants appeared, but Plaintiff failed to appear, either through counsel or *pro se*. To date, Plaintiff has neither communicated with, nor provided updated contact information to, either Defendants or the Court. In accordance with the Court's prior order, ECF No. 29; *see also* ECF Nos. 25, 27, the Court has given Defendants permission to file a motion to dismiss for failure to prosecute. Defendants' motion is to be served and filed by **April 11, 2024**. Plaintiff's opposition papers are to be served and filed by **May 2, 2024**.

      A telephonic status conference is hereby scheduled for **Thursday, May 9, 2024 at 9:30 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Counsel for Defendants is hereby directed to email a copy of this Order to the *pro se* Plaintiff at edwinlopezr24@hotmail.com by March 15, 2024, and to promptly file proof of service on ECF.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at **both** 30 Crow Ave., Haverstraw, NY 10927 **and** 10698-10506 Golden Meadow Dr., Austin, TX 78758. Plaintiff must update the Court regarding any changes to his address.

Dated: March 12, 2024
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge