UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LOPEZ RODRIGUEZ,

                Plaintiff(s),

- against -

TRISTATE LINEN, INC., et al.,

                Defendant(s).
--------------------------------------------------------x

**ADJOURNMENT ORDER**

23 Civ. 3545 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on May 22, 2024 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending Judge Krause's resolution of Defendants' motion to dismiss.

Dated: White Plains, New York
       May 10, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

**Clerk of Court is requested to mail a copy of this Order to *pro se* Plaintiff at: Pablo Lopez Rodriguez, 10698-10506 Golden Meadow Dr., Austin, Texas 78758 and Pablo Lopez Rodriguez, 30 Crow Ave., Haverstraw, NY 10927.**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/10/2024