**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PABLO LOPEZ RODRIGUEZ, individually and
On behalf of all others similarly situated,

                        Plaintiff,

      -against-                                  23 **CIVIL** 3545 (NSR)(AEK)

                                                          **<u>JUDGMENT</u>**

TRISTATE LINEN, INC. and VASO
NIKPRELOVIC,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, the Court has adopted the factual determinations and legal analysis of MJ Krause's R & R. Defendants' motion to dismiss the complaint for lack of prosecution is granted without prejudice. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       August 28, 2024

                                                        **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**
                           **BY:**    *K. Mango*
                                                         **Deputy Clerk**